

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00206-CR

| | | |
|---|---|---|
| Raul Villegas Garza | § | From the 355th District Court |
| | § | of Hood County (CR12706) |
| v. | § | May 28, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and bill of cost is modified to delete the assessment of $10,880.27 in attorney's fees. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel